UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| HOLLIS ALLEN THRASHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00010 |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 18) recommending that the Court grant Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15), reverse the Social Security Administration's decision denying benefits, and remand this matter for further administrative proceedings. No timely objections to the R&R have been filed despite the R&R's specific warnings regarding waiver. (See Doc. No. 18 at 15-16.)

The Court has thoroughly reviewed the R&R and agrees with the Magistrate Judge's analysis. Specifically, it is necessary to conduct further administrative proceedings in this case because the "ALJ's conclusion with respect to Plaintiff's claim of disabling pain is not supported by substantial evidence." (Doc. No. 18 at 7-13.)

Accordingly, the Court rules as follows:

1.  The R&R (Doc. No. 18) is **APPROVED AND ADOPTED**;

2.  Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15) is **GRANTED**; and

3. The Social Security Administration's final decision is **REVERSED** and **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the R&R.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE